```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    RAUL OROZCO-VALERIO
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00326 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE TO NOVEMBER 18, |
| v. | ) 2010, AT 9:00 A.M. |
| RAUL OROZCO-VALERIO, | ) Date: October 27, 2010 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Raul Orozco-Valerio, that the Court should vacate the status conference scheduled for October 27, 2010, at 9:00 a.m., and reset it for November 18, 2010, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, a pre-plea advisory guideline report, and a proposed plea agreement with Mr. Orozco.

///

///

///

1

1  The parties further stipulate that the Court should exclude the
2  period from the date of this order through November 18, 2010, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Orozco's request for a continuance outweigh the best interest of the
7  public and Mr. Orozco in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: October 25, 2010                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

Dated: October 25, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       _____
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney

2

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to November 18, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3