1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

No.  2:10-cr-326-MCE-EFB

12

Respondent,

13

v.

FINDINGS AND RECOMMENDATIONS

14

RAUL OROZCO-VALERIO,

15

Movant.

16

17

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set

18

aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On May 6, 2013, respondent file a

19

motion to dismiss the § 2255 motion on the grounds that movant waived his right to collaterally

20

attack his sentence, the motion is barred by the statute of limitations, and that the motion is moot.[1]

21

On June 6, 2013, the court reminded movant of his obligation to file an opposition or

22

statement of no opposition to respondent's motion.  That order further admonished movant that

23

failure to do so would result in a recommendation his § 2255 motion be dismissed.  The time for

24

filing an opposition has passed and movant has neither filed an opposition nor otherwise

25

responded to the court's order.[2]

26

_____

[1]  It appears that movant may have been removed from the United States.

27

[2]  Although it appears from the file that movant's copy of the order was returned, movant was

28

properly served.  It is the party's responsibility to keep the court apprised of a current address at
all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party

1

Accordingly, the undersigned recommends that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Rule 12, Rules Governing § 2255 Cases; L.R. 110.

Accordingly, it is RECOMMENDED that:

1.  This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on movant's failure to prosecute the action and to comply with court orders and Local Rules;

2.  Respondent's motion to dismiss, ECF No. 25, be denied as moot; and

3.  The Clerk be directed to close the companion civil case, No. 2:12-cv-354-MCE-EFB.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 16, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

is fully effective.

2